IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CAROLYN S. KITCHENS**                                                                                    **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO.: 2:13-cv-0053-KS-MTP**

**CAROLYN W. COLVIN**
**Acting Commissioner of Social Security Administration**                                  **DEFENDANT**

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on April 23, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same, as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED** that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Defendant's Motion for An Order Affirming the Decision of the Commission [11] be granted and the Complaint [1] be dismissed and the denial of benefits and SSI be affirmed.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 6th day of June, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE